**Order entered September 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01030-CV

### IN RE: TRACY NIXON, Relator

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691-T**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's August 30, 2016 petition

for writ of mandamus.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE